## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| THEODORE MORAWSKI, as Next Friend for A. M. (a minor), RODNEY BEASLEY, and OTHERS SIMILARLY SITUATED | § § § § | |
| Plaintiffs, | § § | **CIVIL ACTION NO. 2:13-CV-102** |
| v. | § § § | |
| FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY; MID-CENTURY INSURANCE COMPANY; MID-CENTURY INSURANCE COMPANY OF TEXAS; 21ST CENTURY NORTH AMERICA INSURANCE COMPANY; 21ST CENTURY PREFERRED INSURANCE COMPANY; 21ST CENTURY CENTENNIAL INSURANCE COMPANY; 21ST CENTURY INSURANCE COMPANY OF THE SOUTHWEST; BRISTOL WEST SPECIALTY INSURANCE COMPANY; FOREMOST COUNTY MUTUAL INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY | § § § § § § § § § § § § § § § § | **CLASS ACTION COMPLAINT** **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, RODNEY BEASLEY, and pursuant to FRCP 41 (a)(1)(A), files this Notice of Voluntary Dismissal, without prejudice and would respectfully show the Court the following.

Plaintiff RODNEY BEASLEY was recently added as a new Plaintiff on March 11, 2014.[1] The Defendants have neither filed an Answer or a Motion for Summary Judgment.  In accordance with FRCP 41 (a)(1)(A) and (B), this dismissal is effective immediately, and without prejudice.


Dated: March 31, 2014

By: /s/ Ron Vickery
Ron Vickery
State Bar No. 20574250
Vickery Law Firm
210 South Broadway
Suite 230
Tyler, TX  75702
(903) 504-5490
(903) 787-7540 FAX
ron@ronvickerylaw.com


Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX  75703
(903) 534-1100
(903) 534-1137 FAX
bcraft@findlaycraft.com
efindlay@findlaycraft.com

ATTORNEYS FOR PLAINTIFF
RODNEY BEASLEY

---

[1]   Plaintiff filed a Third Amended Complaint on March 11, 2014, (Dkt. No. 49) pursuant to a Motion for Leave to File a Third Amended Complaint, (Dkt. No. 48).  Defendants filed an Opposition to the Motion for Leave to File a Third Amended Complaint on March 18, 2014, (Dkt. No 53).  No other briefing has been filed in relation to this Third Amended Complaint.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2014, I electronically filed the foregoing Plaintiff's

Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system.

/s/ Ron Vickery
Ron Vickery